JASON Moore

V

Nstar Electric & Gas Co.

complaint

I JASON Moore was wrongfully terminated from Nstar Electric sale because of my disability which I sustained while working on the job.

Parties

I the plaintiff JASON MOORE resides at 35 LINdsey street, Dorchester, Ma, 02124

The defendant (the employer) Nstar Electric and Gas Company is located at 1 Nstar way Westwood, Ma, 02090.

Facts

1) I was employed at Nstar Electric for four years as a lineman. Prior to my employment at Nstar I was accepted into their two year program before being employed permanently in 2006.

2) On September 29, 2010 while training for the international lineman rodeo I fell off a 40 foot pole.

3) I was med-flight to Brigham & woman hospital where they performed emergence surgery. I suffered a broken tibia and fibia of the left foot

4) Along with the physical injury I suffered with PTSP as a direct result from my accident

5) After being released from Brigham and woman hospital I was transported to Spaulding hospital where I learned to walk and deal with my limitation. and PTSD.

6) The psychologist at Brigham and women informed Nstar through email that I am suffering from PTSD and severe depression and recommended that I do not return to work until further notice.

7) I was examined by two doctors who evaluted the extent of my injures and wheather I can return to Nstar and perfor the duties as a lineman. Both private and court (workanan comp.) appointed doctor said that I will not be able to return to work as a lineman because of my physical limitations.

8) One December 14, 2010 Nstar terminated me claiming that I broke work rulers

9) Nstar having all information at hand of my limitations and inabilities to perform my previous job as a lineman decided to terminate me

10) Nstar has had a past practice of offering injured employee a different position that accomodate their illness or limitations

11) After my termination I still had to have surgery to help rectify my limitation. The last surgery was perform in 2013.

I am whereby kindly asking the counts to have the defendant pay me lost of wages, pain and suffering I suffer, lost of benefits and for breaking the American disabilities act by wrongfull termination me. The damages that I have incur is in excess of $75,000.00 and what the court deems fit a a compensation value.

Jason Moore
35 Lindsey St
Dorchester, Ma, 02124